**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 2:23-cr-9 |
| ALLEN TERREZE HAMILTON, | |
| Defendant. | |

**O R D E R**

This matter is before the Court on Defendant's Motion to Amend Order Setting Conditions of Release.  Doc. 22.  On June 26, 2023, the Court conducted an initial appearance and arraignment in this case for Defendant Allen Terreze Hamilton.  Defendant was released on a $10,000.00 unsecured appearance bond, subject to certain conditions.  Doc. 13.  As part of Defendant's conditions of release, the Court Ordered that Defendant's travel be restricted to the Southern District of Georgia and the Southern District of Florida.  Defendant has hired new counsel since the date of his arraignment and Defendant's new counsel is located in the Middle District of Florida.  Defendant seeks to amend his conditions of release to allow for travel to the Middle District of Florida to meet with his retained counsel.  Defendant also indicates in his motion that he has family in the Middle District of Florida.

The Government and the United States Probation Office have notified the Court that they do not oppose the Defendant's request.

After careful consideration and for good cause shown, Defendant's motion, doc. 22, is **GRANTED**.  Defendant's travel is amended to reflect that his travel is restricted to the Southern District of Georgia, the Southern District of Florida, and the Middle District of Florida.  Defendant is ordered to communicate with his supervising probation officer, as directed and

must follow all instructions provided by the U.S. Probation Officer related to this amendment to Defendant's conditions of release.  Moreover, all other conditions set out in Defendant's Order Setting Conditions of Release, doc. 13, shall otherwise remain in full force and effect.

   **SO ORDERED**, this 12th day of July, 2023.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA